IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAREY LECELL ROSS, | * |
| Petitioner, | * |
| v. | Case No. 5:20-cv-00415-TES-CHW |
| | * |
| WARDEN FORD, | |
| | * |
| Respondent. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 12, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of August, 2021.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk